GLADSTONE A. ESTWICK, PLAINTIFF-PETITIONER, v. RICHARD R. STOUT, EXECUTOR, DEFENDANT-RE-SPONDENT.

*Mr. Robert S. Hartgrove* for the petitioner.

*Messrs. Stout & O'Hagan* for the respondent.

May 11, 1959.  Denied.

ROSE F. PACHELLA, PLAINTIFF-PETITIONER, v. ROGERS TRAILER PARK *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. John E. Selser* for the petitioner.

*Mr. Charles L. Bertini, Mr. Alfred W. Kiefer* and *Messrs. Huckin & Huckin* for the respondents.

May 11, 1959.  Denied.